# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE FINGER,<br><br>    Plaintiff,<br><br> v.<br><br>SOUTH JERSEY INDUSTRIES, INC., SARAH M. BARPOULIS, VICTOR A. FORTKIEWICZ, SHEILA HARTNETT-DEVLIN, G. EDISON HOLLAND, JR., SUNITA HOLZER, KEVIN M. O'DOWD, CHRISTOPHER J. PALADINO, MICHAEL J. RENNA, JOSEPH M. RIGBY, and FRANK L. SIMS,<br><br>    Defendants. | Case No. 1:22-cv-03226-PKC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Katherine Finger ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: May 13, 2022

                       Respectfully Submitted,

                       */s/ Richard A. Acocelli*
                       Richard A. Acocelli
                       **ACOCELLI LAW, PLLC**
                       33 Flying Point Road, Suite 131
                       Southampton, NY 11968
                       Tel: (631) 204-6187
                       Email: racocelli@acocellilaw.com

                       *Attorneys for Plaintiff*